IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EXECUTIVE CAR WASH OF MAPLE GLEN : CIVIL ACTION
:
v. :
:
ENVIRONMENTAL, INC., ET AL : NO. 02-CV-3747

**O R D E R**

AND NOW, this    day of October, 2002, upon review of the record, the Court notes that service of the Third Party Complaint was made by personal service on August 22, 2002. The Court further notes that a pleading has not been filed in the above captioned action in response to the Third Party Complaint. You may file a request with the Clerk for entry of default in accordance with Rule 55 of the Federal Rules of Civil Procedure.

If a Request for Default is not filed by November 18, 2002, the court may enter an order dismissing the case against the above third party defendant(s) for lack of prosecution.

**IT IS SO ORDERED.**

BY THE COURT:

_____

R. Barclay Surrick, Judge