IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EXECUTIVE CAR WASH OF MAPLE GLEN | : | |
| | : | |
| | : | CIVIL DOCKET NO. |
| v. | : | |
| | : | |
| ENVIRONMENTAL, INC., ET AL. | : | 02-CV-3747 |

### **ORDER**

AND NOW, this 5th day of March, 2003, it appearing that Defendant's filed a Third Party Complaint against Atlantic Petroleum Technologies, Inc. on August 14, 2002, and on October 30, 2002, an Order was entered noting that although service had been made of the Third Party Complaint no response had been filed and no default had been requested, and it appearing that a current review of the docket reveals that there has been no activity related to the Third Party Defendant, counsel are directed to advise the Court no later than March 14, 2003 of the status of Atlantic Petroleum Technologies, Inc. in this litigation.  Failure to do so will result in an Order being entered dismissing Atlantic Petroleum Technologies, Inc. from this case.
IT IS SO ORDERED.

BY THE COURT:

_____
R. Barclay Surrick, Judge