IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EXECUTIVE CAR WASH OF MAPLE GLEN | : | |
| | : | |
| | : | CIVIL DOCKET NO. |
| | : | |
| v. | : | |
| | : | 02-3747 |
| ENVIRONMENTAL, INC., ET AL. | : | |

**ORDER**

AND NOW, this 18th day of March, 2003, Defendant's were notified by Order dated March 5, 2003, (Doc. # 9) that if inactivity relating to Atlantic Petroleum Technologies continued without notification to the Court of the status of the matter, Atlantic Petroleum Technologies would be dismissed from this case. No notification or correspondence has been received by the Court from counsel. Therefore, it is ORDERED that the Third Party Complaint against Atlantic Petroleum Technologies is dismissed with prejudice.

IT IS SO ORDERED.

BY THE COURT:

_____
R. Barclay Surrick, Judge