IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


EXECUTIVE CAR WASH OF        :            CIVIL ACTION
MAPLE GLEN                   :
                            :
                            :
        v.                  :
                            :            NO. 02-CV-3747
                            :
ENVIRONMENTAL, INC.          :


**ORDER**


AND NOW, this 21st day of April, 2003, upon consideration of Defendant's unopposed

Petition To Join Third Party Defendant (Doc. No. 12), EHS Environmental, Inc. and

Environmental Hazard Services, Inc. is GRANTED.

IT IS SO ORDERED.




BY THE COURT:


_____

R. Barclay Surrick, Judge




1