IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EXECUTIVE CAR WASH OF MAPLE GLEN | : | CIVIL ACTION |
| v. | : | NO. 02-CV-3747 |
| ENVIRONMENTAL, INC. | : | |

### ORDER

AND NOW, this 27th day of May, 2003, upon consideration of Plaintiff's Motion For Relief For Failure Of Defendants To Comply With An Order Of The Court Pursuant To Federal Rules Of Civil Procedure 37(b)(2) and Defendants response thereto, and it appearing that Defendant has provided an explanation for the failure to comply, it is ORDERED that the Motion is DENIED. It is further ORDERED that Defendant file full and complete answers to Plaintiff's Interrogatories and produce the requested documents within fifteen (15) days from today. IT IS SO ORDERED.

BY THE COURT:

_____
R. Barclay Surrick, Judge