IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EXECUTIVE CAR WASH OF MAPLE GLEN | : | |
| | : | |
| | : | CIVIL DOCKET NO. |
| v. | : | |
| | : | |
| ENVIRONMENTAL, INC., ET AL. | : | 02-CV-3747 |

## ORDER

AND NOW, this 30th day of July, 2003, counsel having agreed that this matter should be placed in civil suspense for sixty (60) days to permit them to explore insurance coverage issues, it is ORDERED that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File for a period of sixty (60) days.

It is further ORDERED that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

BY THE COURT:

_____
R. Barclay Surrick, Judge