```
              IN THE UNITED STATES DISTRICT COURT

          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EXECUTIVE CAR WASH OF MAPLE GLEN,   :    NO. 2:02-cv-03747-RBS
          Plaintiff                 :
                                    :
     VS.                            :
                                    :
ENVIRONMENTAL, INC., et al.         :
          Defendants                :
```

O R D E R

AND NOW, this 1st day of December, 2003, it is ORDERED that a settlement conference is scheduled before the undersigned for Monday, March 1, 2004, at 1:30 p.m., in chambers, 3006 United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

The court assumes that settlement of this case is a real possibility. Counsel are directed to notify the court if this assumption is unwarranted.

Counsel of record are directed to appear with their client(s); in the case of an insured corporation, a representative who has settlement authority must be present; in the case of an insurance company, a carrier representative with authority must be present.

It is FURTHER ORDERED that the attached confidential summary sheet should be submitted via fax to 215-597-6125 by noon on the day prior to the conference.

It is so ORDERED.

                                                            BY THE COURT:

                                            _____
                                            CHARLES B. SMITH
                                            UNITED STATES MAGISTRATE JUDGE

12/1/03 Copy via fax to:
Steven Kapustin, Esquire (610-260-1240)
Andrew J. Reilly, Esquire (610-566-7351)
Michael T. Hamilton, Esquire (215-564-2526)

PRETRIAL/SETTLEMENT CONFERENCE SUMMARY SHEET
(Do not docket this form)

Caption:_____

Civil Action No. _____ District Court Judge: _____

Jury _____   Non-Jury _____     Trial/Pool Date: _____

Counsel:
  Name    _____

  Address  _____

  Phone   _____ Fax _____

  Client   _____

Status of Discovery and Proposed Discovery Schedule: _____

_____

_____

Motions Pending:  _____

_____

_____

Case ready for trial on _____   Estimate of time for entire trial _____

Prospect of Settlement:   Excellent _____   Good _____   Fair _____   Must be Tried _____

Other Relevant Matters: _____

_____

Prior Offers/Demands: _____

_____

Special Comments: _____

Attach Synopsis of Case (Limited to one page)