

# EXHIBIT "B"



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EXECUTIVE CAR WASH OF MAPLE GLEN | : | CIVIL ACTION |
| v. | : | NO. 02-CV-3747 |
| ENVIRONMENTAL, INC. | : | |

**ORDER**

FILED
APR 21 2003
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

AND NOW, this 21st day of April, 2003, upon consideration of Defendant's unopposed Petition To Join Third Party Defendant (Doc. No. 12), EHS Environmental, Inc. and Environmental Hazard Services, Inc. is GRANTED.

IT IS SO ORDERED.

ENT
APR 21 2003
CLERK OF COURT

BY THE COURT:

_____
R. Barclay Surrick, Judge

4/21/03 mail:
Mullen Buggy
Kapustin