EXHIBIT A

FROM :                              PHONE NO. : 215 643 0489          Jun. 07 2001 09:48AM P2



06/07/2001  07:53    6104950286                    MARKBUONO                        PAGE  02

**This Deed,** Made this 22nd day of April in the year nineteen hundred and fifty-five (1955),

Between LAVINIA E. SISSLER, Widow and EDWIN H. SISSLER, both of the Township of Upper Dublin, County of Montgomery, Commonwealth of Pennsylvania,
                                                        (hereinafter called the Grantors ),

and THE ATLANTIC REFINING COMPANY, incorporated in Pennsylvania,
                                                        (hereinafter called the Grantee ),

**Witnesseth,** That in consideration of SIXTEEN THOUSAND (16,000.00) Dollars, in hand paid, the receipt whereof is hereby acknowledged, the said Grantors — do — hereby grant and convey unto the said Grantee , its successors and assigns,

ALL THAT CERTAIN piece or parcel of land SITUATE in the Township of Upper Dublin, County of Montgomery, Commonwealth of Pennsylvania, more particularly described in accordance with a Survey and Plan thereof made by Robert H. Davenport, Registered Surveyor, dated December 20, 1954, as follows, to wit:

BEGINNING at a steel pipe set at the intersection of the Southeasterly side of Welsh Road (45 feet wide) with the Southwesterly side of Limekiln Pike (50 feet wide); extending thence (1) along the said Southwesterly side of Welsh Road South 41 degrees 03 minutes 20 seconds East 200 feet to a steel pipe; thence (2) at right angles to Welsh Road and along line of other land of Lavinia E. Sissler and Edwin H. Sissler North 47 degrees 56 minutes 40 seconds West 93.38 feet to a steel pipe; thence (3) still along line of other land of Lavinia E. Sissler and Edwin H. Sissler North 82 degrees West 93.38 feet to a steel pipe set in the said Southeasterly side of Limekiln Pike; and thence (4) along said Southeasterly side of Limekiln Pike North 8 degrees East 200 feet to the steel pipe at the first mentioned point and place of beginning. ———

BEING part of the same premises which Lavinia E. Sissler, Widow, by Deed dated January 1st, 1944, and recorded in the Office for the Recording of Deeds in and for Montgomery County in Deed Book 1566, page 449, granted and conveyed to Lavinia E. Sissler, Widow, and Edwin H. Sissler, in fee.

VALUE . . . . . $16,000 . . . . ED BY
ORDINA . . . . SUCH VALUE . . AND TAX
PAID ON SUCH VALUE
                    COMMONWEALTH TITLE CO.
                    By . . . . . . . . . . . .

D-23.. - ZN

Exec 000397



06/07/2001   07:53   6184950266   MARKBUCNO   PAGE 03
I COMMONWEALTH LAND
TITLE INSURANCE COMPANY

## SPECIAL WARRANTY DEED

THIS INDENTURE is made this 30th day of   June
19 93   , between ATLANTIC RICHFIELD COMPANY, a Pennsylvania
corporation, authorized to transact business in
and having an office at 515 South Flower Street, Los Angeles,
California 90071 ("GRANTOR") and   MARLENE EPSTEIN,
R.D. #2, P.O. Box 087, Newtown, Pennsylvania

("GRANTEE");

GRANTOR, in consideration of $ 115,000   in
hand paid does convey unto the GRANTEE, the following described
real estate, together with the benefits appurtenant thereto, in
RXE Maple Glen, Upper Dublin Township   County of Montgomery,
State of   Pennsylvania   to-wit:

BEGINNING at a steel pipe set at the intersection of
the southwesterly side of Welsh Road (45 feet wide)
with the southeasterly side of Limekiln Pike (DO
feet wide); extending thence (1) along the said south-
westerly side of Welsh Road South 42 degrees 03 min-
utes 20 seconds East 200 feet to a steel pipe; thence
(2) at right angles to Welsh Road and along line of
other land of Lavinia K. Simmers and Edwin M. Simmers
South 47 degrees 56 minutes 40 seconds West 93.38
feet to a steel pipe; thence (3) still along line of
other lands of Lavinia K. Simmers and Edwin H. Simmers
North 63 degrees West 93.38 feet to a steel pipe set
in the said southeasterly side of Limekiln Pike; and
thence (4) along said southeasterly side of Limekiln
Pike North 8 degrees East 200 feet to the steel pipe
at the first mentioned point and place of BEGINNING.

Prior Deed reference: Deed dated April 22, 1955 and
recorded in Montgomery County on April 25, 1955 in Deed Book Volume
2666, Page 211.

P-54-00-10180-00-5

MONTGOMERY COUNTY COMMISSIONERS REGISTRY
14-00-16188-00-6 W DUBLIN   BOX 2344
489 LIMEKILN PIKE   P4 0311
ATLANTIC REFINING CO   DATE 12/30/69
B 48 W 31 a 3365

1,150.00
1,150.00

COMMONWEALTH OF PENNSYLVANIA   COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF REVENUE   DEPARTMENT OF REVENUE
REALTY   REALTY
TRANSFER   575.00   TRANSFER   575.00
TAX   TAX

823346

BOOK 4726 PG 1760

Exec 000398

**EXHIBIT B**

1

1            UNITED STATES DISTRICT COURT
          EASTERN DISTRICT OF PENNSYLVANIA

2

                    - - -

3    EXECUTIVE CAR WASH OF        : NO. 02-CV-3747
     MAPLE GLEN,                  :
4            Plaintiff            :
                                  :
5        vs.                      :
                                  :
6    ENVIRONMENTAL, INC. and      :
     ENVIRONMENTAL HAZARD         :       COPY
7    SERVICES, INC.,              :
             Defendants           :

8

                    - - -

9            February 19, 2004
          Philadelphia, Pennsylvania
10                  - - -

11

12           Oral Deposition of JOHN SECKER,
13   held in the offices of Marks, O'Neill,
14   O'Brien & Courtney, 1880 John F. Kennedy
15   Boulevard, 12th Floor at 12:00 p.m. on
16   the above date before Michelle M. Zuino,
17   a Professional Court Reporter and
18   Commissioner of Deeds in the Commonwealth
19   of Pennsylvania.

20

21

22                  - - -

23           ESQUIRE DEPOSITION SERVICES
        1880 John F. Kennedy Blvd.- 15th Floor
24          Philadelphia, Pennsylvania  19103

11

1    the DEP will notify them.

2          Q.    Do they have documentation

3    at the station that they show you that

4    their tank has been registered?

5          A.    Yes.

6          Q.    How long have you been doing

7    these inspections?

8          A.    '97.

9          Q.    Prior to you having your own

10   business where were you employed?

11         A.    With Atlantic Petroleum

12   Technologies.

13         Q.    Where were they located?

14         A.    In Broomall -- no.  Yes.

15   Broomall.  It was two different

16   locations.  But I think Broomall was the

17   first one.

18         Q.    Were they ever at Dutton

19   Mill Industrial Park?

20         A.    In Aston, also.

21         Q.    How long did you work for

22   Atlantic Petroleum Technologies?

23         A.    Until '94.

24         Q.    From when?

12

1          A.     I believe '91.

2          Q.     So in December of '92 were

3    you employed at Atlantic Petroleum

4    Technologies, Inc.?

5          A.     Yes.

6          Q.     I'm going to show you a

7    document which was previously marked as

8    Carney Number 4.

9                 Do you know John Carney,

10   Jack Carney?

11         A.     Doesn't ring a bell.

12         Q.     Take a look at that letter.

13         A.     (Witness complies.)

14                Okay.

15         Q.     After reading that letter

16   can you confirm is that your signature at

17   the bottom of the page?

18         A.     It appears to be, yes.

19         Q.     Do you know who Richard

20   Berkes is?

21         A.     Doesn't ring a bell.

22         Q.     Do you see the letter is

23   written to Environmental Hazards

24   Services, Inc.?

20

1    Q.    Did he own ATP or --

2    A.    I don't know.

3    Q.    -- did he work at ATP?

4    A.    Yes.

5    Q.    Frank, Senior, is he also at

6    APTL?

7    A.    No.  He's retired as far as

8    I know.

9    Q.    He is deceased?

10   A.    No.

11   Q.    Is he deceased?

12   A.    No.

13   Q.    Atlantic Petroleum

14   Technologies, Inc., the business, do you

15   know who the shareholders were?

16   A.    No.

17   Q.    Do you know who the

18   president was?

19   A.    I think it was Lawrence.

20   But I'm not sure.

21   Q.    Did you ever enter into any

22   business relationship with Lawrence?

23   A.    I worked for him.

24   Q.    You worked for him at

21

1    Atlantic Petroleum Technologies?

2          A.     Right.

3          Q.     After ATP did you ever work

4    for him?

5          A.     Yes.

6          Q.     Where was that?

7          A.     With Atlantic Petroleum

8    Technologies Louisiana.

9          Q.     Was that a successor to APT,

10   Inc.?

11         A.     It was formed after Atlantic

12   Petroleum Technologies went bankrupt, as

13   far as I know.

14         Q.     When did they go bankrupt?

15         A.     I believe it was '94.

16         Q.     Is Atlantic Petroleum

17   Technologies Louisiana still in business?

18         A.     No.

19         Q.     Did they go bankrupt?

20         A.     I don't know.

21         Q.     Are you still friends with

22   the McLaughlin's?

23         A.     Yes.

24         Q.     You said you talked to