# EXHIBIT "K"

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EXECUTIVE CAR WASH OF MAPLE GLEN : | NO. 02-CV-3747 |
| : | |
| v. : | |
| : | |
| ENVIRONMENTAL INC. : | |
| : | |
| and : | |
| : | |
| ENVIRONMENTAL HAZARD SERVICES, INC. : | |
| : | |
| v. : | |
| : | |
| ATLANTIC PETROLEUM TECHNOLOGIES, INC. : | |

### PLAINTIFF'S SUPPLEMENTAL ANSWERS TO INTERROGATORIES DIRECTED TO PLAINTIFF, EXECUTIVE CAR WASH OF MAPLE GLEN

### GENERAL OBJECTIONS

Plaintiff, Executive Car Wash of Maple Glen, incorporates all previously-stated objections to Defendants' Interrogatories. Without waiver of those objections, Plaintiff supplements its answers to the Interrogatories below:

### ANSWERS TO INTERROGATORIES

4. Dr. Robert Marion, Curriculum Vitae previously supplied.

5. Dr. Marion will testify that the underground storage tanks should have been discovered and/or that as part of the Phase I examination, that it should have been noted that additional investigation was required, said investigation which would have uncovered the underground storage tanks.

Dr. Merion examined the Phase I studies, reports of Bell Environmental, as well as the documentation indicated in his previous reports, all of which have been previously produced.

KAPLIN STEWART MELOFF REITER & STEIN, PC

By: _____
Steven Kapustin, Esquire
350 Sentry Parkway, Building 640
Blue Bell, PA 19422
(610) 941-2662
Attorney for Plaintiff, Executive Car Wash of
Maple Glen

Dated: February 12, 2004