EXHIBIT C

Sandy-

Leina Higgins
Arco -
213-486-3511

Larry McGlocen

Steve Clifford
Atlantic
497-6729

Plot Plan

hazy Mass -

① Rick - Tank ferro Magnetic finder $295 for

Detects Iron by measuring the thickness of the iron

② 6 weeks - 2 months
results can be inculsive

$650

# Dea Thomas Travel
Glenn von Travel

Arco Products Co,
1055 W, 7th St,
P.O. Box 2570
L.A. CA 9005
Fax - 213-486-1282

Bruce Thomas

9/24/03
JC

12/4/92

0840    ON SITE,   AWAITING  APT TECH INC

0930    STARTED TEST,   PER  P. CAFFREY (APT TECH, INC)
        AREA  LOOKS  AS  IF  REMOVAL HAS  BEEN  DONE
        CONCRETE PADS HAVE  BEEN  TAKEN  OUT AND HAVE
        BEEN  RECOVERED.  THERE SEEM  TO HAVE  BEEN  A
        TRENCH DUG  OUT  BETWEEN  AREA  WHERE
        PUMPS  ONCE   WERE  TO  CORNER OF  PROPERTY.
        THIS  WOULD  INDICATE VENT  LINES  FROM  TANK AREA
        FERRO MAGNETIC  DETECTOR
        HAND HELD  WAND


        PROCEDURES   SWEEPING   MOTION   WITH
        DETECTOR  OVER  LOT  AREA.  IF ANY THING FOUND
        TONE FROM  DETECTOR  WOULD  RING  ALERT.

                                                    — 4" DIAMETER
        FOUND  OIL  TANK  REAR  OF  BLDG.  └ FUEL OIL FOR
             APPROXIMATELY   500 GAL.           HEAT OF CAR WASH
        2 DRUMS  ARE  LOCATED  SAME  AREA.
        4 CONCRETE  HATCHES  REAR  OF  BLDG. · FILTERCATION TC
        THEY ARE  THE   OIL WATER SEPARATION.  REW  WATER TO
                                                   WASH CARS
        1 CONCRETE HATCH NEAR OIL TANK + VENT ⌐ SEPTIC
        THERE  IS A VENT (SAME  AREA  OF TANK)      SYSTEM
        ~~APPROXIMA~~ APPROXIMATEY  8' FROM  HATCH.  THE REMOVED ___
        AND  ___  WATER  LEVEL  INDICATOR  WITH  COLOR PASTE INTO VE
                                                   CHANGED
        PROBABLY  CLEAN  OUT VENT ___  4 HATCHES    COLD
                                                   TO SHOW
        NOTE ✱ A GREEN  PASTE  THAT  TURNS  BLUE   ONLY WATE
             WHEN  IN  CONTACT WITH  WATER.