IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EXECUTIVE CAR WASH OF MAPLE GLEN | : | CIVIL DOCKET NO. |
| | : | |
| v. | : | 02-CV-3747 |
| | : | |
| ENVIRONMENTAL, INC., ET AL. | : | |

**O R D E R**

AND NOW, this 15th day of April, 2004, we hereby DISMISS Defendants Environmental, Inc. and Environmental Hazard Services, Inc.'s Motion for Summary Judgment, (Doc. No. 34), without prejudice. Defendants may refile this Motion upon the close of the extended discovery period.

IT IS SO ORDERED.

BY THE COURT:

_____
R. Barclay Surrick, Judge