# EXHIBIT "B"

Case 2:02-cv-03747-RBS    Document 39-3    Filed 05/28/2004    Page 2 of 3

Page 6

```
 1      A.   Yes.
 2      Q.   Recently?
 3      A.   No.
 4      Q.   Really it's a simple
 5  process.  I ask questions, and if your
 6  counsel doesn't object or instruct you
 7  otherwise, you respond to them.  The few
 8  rules are:  you have to give verbal
 9  responses because the court reporter who
10  is here can't take down a nonverbal
11  response.  We have to make an effort not
12  to speak at the same time because that's
13  difficult for the court reporter to take
14  down.  And, finally, it's real important
15  that you're answering what I've asked.
16  So, therefore, if at any time, for any
17  reason, you don't understand what I've
18  said, I'm speaking too quickly, I've used
19  a word you don't know, you haven't heard
20  me, whatever reason, please ask me to
21  repeat or rephrase and I'll do that;
22  because if you do answer my question, I
23  will assume that you have understood it.
24  Is that acceptable to you, sir?
```

Page 7

```
 1      A.   Yes.
 2      Q.   Why don't you give me a
 3  little background about yourself, sir.
 4  Give me your educational background and
 5  your employment history.
 6      A.   B.S. in chemistry from
 7  Widener University in 1980.  I started
 8  working for Scott Environmental doing
 9  sewer submission sampling and analysis.
10  In 1982 I went to work for Reliance
11  Insurance Company doing analytical work
12  in their laboratory.
13      Q.   What year was that?
14      A.   1982.
15      Q.   Okay.
16      A.   In 1984 Allen Sutherland and
17  myself started Accredited Environmental
18  Solutions mostly doing asbestos work and
19  surveys.  In 1988 Allen and I split and I
20  started Environmental Hazard Services.
21  In 1996 I sold Environmental Hazard
22  Services and opened up EHS Environmental
23  which became EHS -- opened up EHS
24  Laboratories which became EHS
```

Page 8

```
 1  Environmental.
 2      Q.   When did you open up EHS
 3  Laboratories?  In 1996?
 4      A.   Yeah.  In '96 we started
 5  doing work as EHS Laboratories after we
 6  sold Environmental Hazard Services.
 7      Q.   And when you say "we," who
 8  is we?
 9      A.   Just me and my employees.
10      Q.   All right.  EHS
11  Laboratories, bring me forward from
12  there, if you could, please.
13      A.   EHS Laboratories, we changed
14  names to EHS Environmental and have
15  continued to work as EHS Environmental
16  since then.
17      Q.   What was the business of EHS
18  Laboratories, what did they do?
19      A.   We did building surveys,
20  asbestos air monitoring and airborne
21  sample analysis for asbestos.
22      Q.   And EHS Environmental, that
23  included the business of EHS
24  Laboratories?
```

Page 9

```
 1      A.   It's the same business, we
 2  just changed the name because we weren't
 3  doing laboratory services anymore.  When
 4  we sold Environmental Hazard Services we
 5  sold off the laboratory services.
 6      Q.   And EHS Environmental began
 7  to do laboratory services as well?
 8      A.   No.  The only,
 9  quote/unquote, "laboratory services" EHS
10  Environmental does is airborne asbestos
11  sample analysis in the field.
12      Q.   Now, in '96 you say you sold
13  Environmental Hazard Services, Inc.; is
14  that correct?
15      A.   Yes.
16      Q.   And what was the business of
17  Environmental Hazard Services, Inc.?
18      A.   Environmental Hazard
19  Services, Inc., did building surveys as
20  well as laboratory services for asbestos:
21  bulk samples, asbestos air samples and
22  lead.
23      Q.   In this case Environmental
24  Hazard Services, Inc., performed a Phase
```

3 (Pages 6 to 9)

Esquire Deposition Services

14

1  Q.  Now, I asked questions about
2  the Phase 1 analysis because that's what
3  I'm familiar with in this case. After
4  you sold off whatever you sold off to
5  EHSI, what were you still entitled to do?
6  A.  Collection of samples and
7  Phase 1s. Building surveys. I could
8  still do basically anything; there was
9  not really a non-compete to not continue
10 to do sample analysis, but we chose not
11 to until several years later when we
12 started doing asbestos analysis for air
13 samples.
14 Q.  I'm looking at page 14,
15 paragraph 11. When you say there really
16 weren't any covenants or whatever, I'm
17 looking and it says "Post-closing
18 Covenants." And this is what you're
19 referring to as what you were restricted
20 to do and not were restricted to do?
21 A.  Yes.
22 Q.  There weren't any other
23 agreements indicating what you could do
24 and couldn't do competitively, were

15

1  there?
2  A.  No.
3  Q.  Now, this protected list of
4  customers, this "Schedule Of Clients,"
5  this is now March 23, '95, the date of
6  the agreement, how far back did this
7  schedule of customers go? Was it '95?
8  '94? '93? '92? Forever? What was it?
9  A.  I'm not sure.
10 Q.  Now, you formed EHS
11 Laboratories directly after you sold
12 Environmental Hazard Services, Inc.; is
13 that correct?
14 A.  No.
15 Q.  How long a time went by
16 before you formed it?
17 A.  No time went by. EHS
18 Laboratories was formed before we sold
19 it.
20 Q.  Within a few months or a
21 year?
22 A.  I think EHS Laboratories was
23 incorporated around 1992.
24 Q.  And you're saying EHS

16

1  Laboratories, you changed the name to
2  become EHS Environmental; is that
3  correct?
4  A.  Yes.
5  Q.  So they're the same
6  corporate structure, though; is that
7  correct?
8  A.  Yes.
9  Q.  You are the sole
10 shareholder?
11 A.  Yes.
12 Q.  Are there any other officers
13 of EHS Environmental other than yourself?
14 A.  No.
15 Q.  Now, that was true of
16 Environmental Hazard Services, Inc., as
17 well, was it not?
18 A.  Yes.
19 Q.  So EHS Laboratories, which
20 became EHS Environmental, continued to do
21 the same sort of Phase 1 evaluations or
22 Phase 1 work that Environmental Hazard
23 Services, Inc., did, did they not?
24 A.  Yes.

17

1  Q.  Called on the same customers
2  that they had before?
3  A.  Yes.
4  Q.  Sir, this case began as a
5  Complaint filed in federal court, it's a
6  matter of public record. You've seen a
7  copy of this Complaint; is that correct?
8  A.  Yes.
9  Q.  And an Answer was filed by
10 your former counsel on or about August 2,
11 2002. Did you see a copy of that before
12 it was filed?
13 A.  I don't believe so.
14 Q.  Did you discuss this Answer
15 with your former counsel before it was
16 filed?
17 A.  Yes, I believe so.
18 Q.  Did you discuss with him the
19 items, without going into as to what you
20 discussed, the items in the Complaint and
21 the fact that an Answer was going to have
22 to be filed?
23 A.  Yes.
24 Q.  And he asked you how to, you