# EXHIBIT "D"



**Atlantic Petroleum Technologies, Inc.**

*Corporate Office:*
Dutton Mill Industrial Park
396 Turner Way
Aston, PA  19014
Tel: (215) 497-6729
Fax: (215) 497-6739

*Regional Offices:*
Boca Raton, FL
Hartsville, SC

Letter# APT 92-357

December 7, 1992

Environmental Hazards Services Inc.
2316 Meetinghouse Rd.
Boothwyn, PA  19061

ATTENTION:  Richard Berkes

RE:   Executive Car Wash
      of Maple Glen.

Dear Richard:

Atlantic Petroleum Technologies conducted a site survey at the above referenced site on 12/4/92. The purpose of the survey was to locate any possible underground storage tanks. A Fero magnetic locator was used to identify buried ferrous metal objects.

The storage tanks used for commercial purposed have been removed at some prior date, unestablished at this point.

A 500 to possibly a 1000 gallon heating oil tank exists behind the building and is in use. This tank is currently unregulated.

There are oil-water separators in the rear of the building with oil on the surface of two manholes out of four. This could be cause for concern. They appear to be of concrete construction and are in use.

Thank you for the opportunity to be of service. Please call with any questions you may have.

Sincerely yours,

ATLANTIC PETROLEUM TECHNOLOGIES, INC.

John C. Secker
Operations Manager

JCS/gam