# EXHIBIT "H"



# ENVIRONMENTAL, INC.
*91 LANDING ROAD • NEWPORT, NJ 08345*
*856.447.1020   FAX 856.447.0445*

## ENVIRONMENTAL SITE ASSESSMENT

### PHASE I

| | |
|---|---|
| CLIENT: | Sanco, Inc.<br>2080 Clinton Road<br>Huntingdon Valley, PA  19006 |
| SITE LOCATION: | Auto Wash of Maple Glen<br>601 Welsh Road<br>Maple Glen, PA  19002 |
| SURVEY CONDUCTED BY: | Jack F. Carney |
| REPORT PREPARED BY: | _____<br>Jack F. Carney, President |
| MANAGEMENT CONTACT: | Mr. Michael Sannuti |
| PROJECT NUMBER: | 8-00-13490 |
| DATE OF REPORT: | September 6, 2000 |

*EHS Environmental, Inc.*

## TABLE OF CONTENTS

| | | | Page |
|---|---|---|---|
| Section 1 | Visual Inspection | | 1 |
| | A. | Site Inspection | 1 |
| | B. | Asbestos | 2 |
| | C. | PCB's | 3 |
| | D. | Radon | 3 |
| | E. | Underground Storage Tanks | 3 |
| | F. | Waste Sites | 4 |
| | G. | Urea Formaldehyde Foam Insulation | 4 |
| | H. | Lead Based Paint | 4 |
| | I. | Water Quality | 4 |
| | J. | Chemical Use & Storage | 4 |
| | K. | Regulatory Agency Inquiry | 4 |
| Section 2 | Phase I Summary | | 5 |
| Section 3 | Conclusions and Cost Estimates | | 6 |
| Section 4 | Supplemental Site Assessment Results | | 7 |
| | A. | Topographic Characteristics | 7 |
| | B. | Regulatory Agency Inquiry | 7 |
| | | 1. National Priorities List (NPL) | 8 |
| | | 2. CERCLIS | 8 |
| | | 3. RCRA TSD | 9 |
| | | 4. RCRA SMALL AND LARGE GENERATORS | 9 |
| | | 5. ERNS | 10 |
| | | 6. Solid Waste Landfills (SWLF) | 10 |
| | | 7. Registered Underground Tanks | 10 |
| | | 8. Leaking Underground Tanks | 11 |
| | | 9. Aboveground Tanks | 11 |
| Section 5 | Environmental Records Search | | |
| Section 6 | Topographical Map | | |
| Section 7 | Sub-Surface Test Results | | |
| Section 8 | Site Photographs | | |
| Section 9 | Resume | | |
| Section 10 | References | | |

*EHS Environmental, Inc.*

# SECTION 1

## EXECUTIVE SUMMARY

A. <u>Site Inspection</u>

In August, 2000, EHS Environmental, Inc. (EHS) was contracted by Mr. Michael Sannuti of Sanco, Inc. to provide a Phase I Environmental Site Assessment of the property known as the Auto Wash of Maple Glen located at 601 Welsh Road in Maple Glen, Pennsylvania 19002. This project entailed a visual inspection of the building, property, and adjacent properties, as well as researching public records. The survey was conducted on September 5, 2000 by Mr. Jack Carney of EHS. The site is currently closed with no one available to answer questions pertaining to the site.

The subject site is considered one parcel located at the intersection of Limekiln Pike and Welsh Road. The subject site has one site improvement currently utilized as a car wash. The site has the approximate dimensions of 150' x 150'. The site improvement has the approximate dimensions of 80' X 40'. The site improvement is a one story building with a small attic and no basement. The building was constructed circa 1988 and is constructed of brick and block with wood framing on a concrete pad. Heat for the subject site is provided by an oil fired forced air system. Water, sewer, and electricity are provided by the local authorities. No water wells, septic or cess pool systems are located on the subject site.

Previously, the site had been used as a gas station. Recently, monitoring wells had been installed by Accutest, Inc. to analyze for groundwater contamination. A copy of the results of their survey can be found in Section 7 of this report. A review of their report revealed no contamination was discovered. It is the opinion of EHS Environmental, Inc. that no further action is required in regards to sub-surface investigations.

The neighboring properties consists of a 7/11 convenience store located at the rear of the subject site, a CVS Pharmacy located across Welsh Road, a Texaco gas station located across the intersection of Welsh Road and Limekiln Pike, and vacant land located across Limekiln Pike. With the exception of the Texaco gas station, none of the surrounding sites are considered to be any risk to the subject site.

It should be noted that the Texaco gas station is located slightly down grade from the subject site.

*EHS Environmental, Inc.*

   B.   <u>Asbestos Containing Material (ACM)</u>

       A visual inspection of the subject site was conducted in order to determine the type, location, and approximate quantity of asbestos containing materials present. Our findings are as follows:

       1.   No asbestos containing materials were observed.

       <u>Standards</u>

       Federal regulations promulgated by the Environmental Protection Agency prohibit the use of asbestos materials for fire proofing and insulation where the material contains more than one percent asbestos by weight. In general, the higher the percentage of asbestos the more fibers that can be released, contaminating the building environment. However, substantial fiber release can occur in damaged or deteriorating materials even where asbestos content is low. The condition of the asbestos-containing material and its potential for disturbance (fiber release) may be used to determine if corrective measures should be taken. Evidence of water damage, physical damage, and the presence of broken or crumbled material on the floor are signs that fiber release has occurred, is occurring, or may occur in the future. The United States Environmental Protection Agency (USEPA) requires that asbestos containing materials, one percent or greater, be removed prior to demolition of a building.

       On November 20, 1990 the United States Environmental Protection Agency revised the asbestos NESHAP regulations. Included in the revision is specific information involving demolition and renovation projects that involve non-friable asbestos containing materials, such as floor tiles. The NESHAP regulations are not applicable if the material is not sanded, ground, or abraded (included is material that is drilled, cut, or chipped). These materials must be in good condition and non-friable. Materials which are in poor condition and friable must be removed prior to demolition and all NESHAP regulations apply.

*EHS Environmental, Inc.*

F. **Waste Sites**

The property and grounds were surveyed for evidence of ground contamination associated with hazardous wastes, such as stressed vegetation, stained soil, odors, standing water, open or leaking containers, and oily lagoons. None of these factors were observed. It is the opinion of EHS Environmental, Inc. that no further action is required.

G. **Urea Formaldehyde Foam Insulation (UFFI)**

The subject property was surveyed for evidence of UFFI and none was observed. The property is considered acceptable in regard to UFFI. It is the opinion of EHS Environmental, Inc. that no further action is required.

H. **Lead Based Paint**

Due to the age of the structure, the use of lead based paint is suspected. It is the opinion of EHS Environmental, Inc. that no further action is required unless the painted surfaces are disturbed. Painted surfaces appear to be in good condition with no evidence of peeling, chipping, or flaking.

I. **Water Quality**

The water quality at the subject property was not assessed. The water is supplied by local authorities and is assumed to be acceptable.

J. **Chemical Use And Storage**

The subject property was surveyed for evidence of stored chemicals. Stored chemicals include car cleaning supplies, maintenance supplies, etc. All stored chemicals were properly labeled and stored. No evidence of leakage was observed. It is the opinion of EHS Environmental, Inc. that no further action is required.

K. **Regulatory Agency Inquiry**

EHS conducted searches of pertinent environmental data made available from the United States Environmental Protection Agency (USEPA), and the State of Pennsylvania Department of Environmental Protection. This search was conducted through Vista Information Solutions, Inc. It should be noted that no reported environmental problems or incidents have been identified to be present on or adjacent to the subject site.

*EHS Environmental, Inc.*

## SECTION 2

## PHASE I SUMMARY

The following conditions have been determined based on the information gathered during the Phase I Environmental Site Assessment.

A walkover survey was performed at the subject property by EHS on September 5, 2000. The following conditions have been determined based on the information gathered during the Phase I Environmental Site Assessment.

## PHASE I ASSESSMENT

| Factors | Acceptable | Phase II Recommended | O&M Recommended | Remediation Recommended |
|---|---|---|---|---|
| Soil/Wetlands | X | | | |
| Asbestos | X | | | |
| PCB'S | X | | | |
| Radon | X | | | |
| UST'S/AST's | X | | | |
| Waste Sites | X | | | |
| Urea Formaldehyde | X | | | |
| Lead in Paint | X | | | |
| Water Quality | X | | | |
| Chemical Use/Storage | X | | | |
| Records Search | X | | | |

NOTE:   All ratings have been made according to the Phase I protocols and the site conditions at the time of this Phase I survey. All comments concerning site specific information are included in the formal report under their respective sections.

The survey and this assessment have been performed by a qualified consultant and were performed diligently and in accordance with all regulatory and good management standards, as well as ASTM E 1527-00 (the ASTM Practice). To the best of our knowledge, results are complete and accurate.

**   Please Note:

Recommendation for a Phase II Assessment is not an indication that a potential hazard has been identified. Further information is required in order to formulate an evaluation of potential risk to the property. It should not necessarily be regarded as an indication that the property will be deemed unacceptable.

-5-

*EHS Environmental, Inc.*

## SECTION 3

### CONCLUSIONS AND COST ESTIMATES

EHS has conducted a thorough non-destructive inspection of the subject properties. All conclusions made within this report are based upon the knowledge obtained and the conditions present during our site investigation.

It is the opinion of EHS Environmental, Inc. that the property known as the Auto Wash of Maple Glen located at 601 Welsh Road in Maple Glen, Pennsylvania 19002 has no recognized environmental conditions and no historic recognized environmental conditions. The following costs are associated with each known and suspected environmental condition:

KNOWN AND SUSPECTED ENVIRONMENTAL CONDITIONS:

| ENVIRONMENTAL CONDITION | RECOMMENDED ACTION | ESTIMATED COST |
|---|---|---|
| NONE OBSERVED | | |

*EHS Environmental, Inc.*

## SECTION 4

## SUPPLEMENTAL SITE ASSESSMENT RESULTS

A. **Topographic Characteristics**

The topographic elevation of the subject property is approximately three hundred (300) feet above sea level and generally level gently sloping away from the site. It should be noted that the subject site is not located in a flood plain. In addition, the subject site is not located downgrade from any sites with reported environmental problems which would be cause for concern for contamination migration.

The soil found in this area is Urban Land in the Wharton Complex, which are moderately deep. The series generally is on top of ridges or on long, narrow areas on hillsides at slopes of 8 to 25 percent. These soils typically are too variable to be rated, with areas of the complex requiring onsite investigation to determine the kind and degree of limitation for land use. Limitations frequent to this association are slope, seasonal wetness or ground water seepage. Most Urban land is on terraces of the uplands and Coastal Plain; however, some is on the flood plain. The soils and foundation materials are highly variable. Urban structures and works cover so much of this land type that identification of the soils is not practical. Most areas have been smoothed, and the original soil material has been disturbed, filled over or otherwise destroyed prior to construction. Urban land is used for home sites, shopping centers, schools, factories, roads, cemeteries, golf courses, railroads, and other industrial facilities.

B. **Regulatory Agency Inquiry**

EHS Environmental, Inc. conducted a search of pertinent environmental data made available from the United States Environmental Protection Agency (USEPA), and the State of Pennsylvania Department of Environmental Protection (PADEP). Our findings are as follows:

*EHS Environmental, Inc.*

1. <u>National Priorities List (NPL)</u>   Updated:   April, 2000.

   The National Priorities List (NPL) is EPA's database of the nation's most serious hazardous waste sites identified for priority remedial actions under CERCLA regulations (Superfund). A site, to be included on the NPL, must either meet or surpass a predetermined hazard ranking systems score, or be chosen as a state's top-priority site, or meet all of the following criteria: (1) the US Department of Health and Human Services issues a health advisory recommending that people be removed from the site to avoid exposure, (2) a determination is made that the site represents a significant threat, and (3) a determination that remedial action is more cost effective than removal action.

   A review of the most recent National Priorities List revealed no Superfund sites located on or adjacent to the subject property or within the 1.0 mile search radius.

2. <u>Comprehensive Environmental Response, Compensation, and Liability Information System (CERCLIS)</u>

   Updated:   January, 2000.

   The CERCLIS list data is used by EPA Headquarters and regions for the management and oversight of the Superfund Program. The system maintains an automated inventory of abandoned, inactive, or uncontrolled hazardous waste sites, and is used as a vehicle for reporting the status of site clean-up. The CERCLIS system provides a decentralized national system where each region controls and enters its respective data.

   A review of the most recent CERCLIS database revealed no located sites on the subject property. It should be noted that one unmapped site is found within the 0.5 mile search radius. After reviewing the information available on the sites, it is the opinion of EHS Environmental, Inc. that no further action is required based on the nature of the listing, the distance to the subject site and the age of the listing.

*EHS Environmental, Inc.*

3. <u>Resource Conservation and Recovery Act Information System (RCRA TSD)</u>

    Updated: December, 1999.

    The EPA's Resource Conservation and Recovery Act Information System (RCRA) Program identifies and tracks hazardous waste from the point of generation to the point of disposal. The RCRA facilities database is a compilation by EPA of reporting facilities that generate, treat, store or dispose of hazardous waste.

    A review of the RCRA TSD database revealed no sites on or adjacent to the subject site or within the 1.0 mile search radius.

4. <u>Resource Conservation and Recovery Act Information System (RCRA SMALL AND LARGE GENERATOR)</u>

    Updated: December, 1999.

    A review of the RCRA Small Generator database revealed one site within the 1/8 mile search radius. After reviewing the information available on the site, it is the opinion of EHS Environmental, Inc. that no further action is required based on the nature of the listing.

    In addition, a review of the RCRA Large Generator database revealed one site within the 1/8 mile search radius. After reviewing the information available on the site, it is the opinion of EHS Environmental, Inc. that no further action is required based on the nature of the listing.

*EHS Environmental, Inc.*

5. <u>Emergency Response Notification System (ERNS)</u>

   Updated:  August, 1999.

   The Emergency Response Notification System (ERNS) is a compilation of reported releases of oil and hazardous substances.  The database contains information from spill reports made to federal and state authorities including the EPA, the US Coast Guard, the National Response Center and the Department of Transportation.

   A search of the most recent ERNS database revealed no sites on or adjacent to the subject site or within the 1/8 mile search radius.

6. <u>Solid Waste Landfill Facilities (SWLF)</u>

   Updated:  August, 1998.

   The Department of Environmental Protection's database identifies Solid Waste Transfer Stations, Inactive Solid Waste Facilities, Solid Waste Inventory Database, and Priority Waste Tire Pile List.

   A search of this study revealed no information regarding any facilities on the site or adjacent to the subject property or within the 0.5 mile search radius.

7. <u>Registered Underground Storage Tanks (UST's)</u>

   Updated:  July, 1999.

   Registered Underground Storage Tank data is obtained from the State environmental enforcement and regulatory agency (Pennsylvania Department of Environmental Protection), and represents a description of the sites with regard to UST's.  While these site descriptions may not be completely accurate, they represent the most accurate information available.

   A search of the most recent Registered Underground Storage Tank database records revealed no UST's reported to be located on the subject site.  It should be noted that two sites are found within the 1/4 mile search radius.  It is the opinion of EHS Environmental, Inc. that no further action is required based on the nature of the sites and/or the distance to the subject site.

*EHS Environmental, Inc.*

8. <u>Leaking Underground Storage Tanks (LUST's)</u>

    Updated: October, 1999.

    Leaking Underground Storage Tank data is obtained from the State environmental enforcement and regulatory agency (Pennsylvania Department of Environmental Protection), and represents a description of the sites with regard to facility location and type of leak. While these site descriptions may not accurately reflect the current condition of the site, they represent the most accurate information available.

    A search of the most recent Leaking Underground Storage Tank database records revealed no LUST's reported to be located on the subject site. It should be noted that five mapped sites and one unmapped site are located within the 0.5 mile search radius. It is the opinion of EHS Environmental, Inc. that no further action is required based on the nature of the sites and/or their distance to the subject site.

9. <u>Aboveground Storage Tanks (AST's)</u>

    Updated: July, 1999.

    Aboveground Storage Tank data is obtained from the State environmental enforcement and regulatory agency (Pennsylvania Department of Environmental Protection, Bureau of Water Quality Management), and represents a description of the sites with regard to AST's. While these site descriptions may not be completely accurate, they represent the most accurate information available.

    A search of the most recent Aboveground Storage Tank database records revealed no AST's reported to be located on the subject site. It should be noted that one unmapped site is located within the 1/4 mile search radius. It is the opinion of EHS Environmental, Inc. that no further action is required based on the nature of the site and/or the distance to the subject site.

-11-