# EXHIBIT "I"



# ENVIRONMENTAL, INC.
*91 LANDING ROAD • NEWPORT, NJ 08345*
*856.447.1020   FAX 856.447.0445*

October 27, 2000

Dr. Papas
PO Box 519
Gwynedd Valley, PA   19437

Re:  Auto Wash of Maple Glen

Dear Dr. Papas:

On Tuesday, October 24, 2000, I spoke with Mr. Roger Edens of Bell Environmental, Inc., the geologist who performed the sub-surface investigation for Mike Sunnuti at the Auto Wash of Maple Glen.  Mr. Edens stated that during his test he found a 3,000 gallon capacity diesel fuel storage tank in front of the building between the two islands.  In addition, Mr. Edens stated that he had found some soil contamination.  We agreed to meet at the site so he could show me the area of concern.  On Wednesday, October 25, 2000, I met with Mr. Roger Edens of Bell Environmental, Inc. at the Auto Wash of Maple Glen.  Mr. Edens showed me a diagram of his findings and indicated the area where he believed the tank to be buried.

Later that day EHS Environmental, Inc. and its sub-contractor Terra Environmental, Inc. performed a sub-surface investigation of the Auto Wash of Maple Glen site.  The purpose of this investigation, initially, was to remove the 3,000 gallon capacity underground diesel fuel storage tank reported to be there by Bell Environmental, Inc., Mr. Sunnuti's environmental firm.  Reportedly, Bell Environmental, Inc. had performed a sub-surface investigation using a geo-probe and reported having found the 3,000 gallon tank and some contamination.

The sub-surface investigation performed by EHS Environmental, Inc. and Terra Environmental, Inc. found three underground gasoline storage tanks with a capacity of 10,000 gallons each.  These tanks were filled with concrete, essentially closed in place some time before 1992.  Contaminated soil was evident on top of the tanks, on the sides of the tanks, and below the tanks.

It is my belief that EHS Environmental, Inc. is not responsible for the removal of these tanks.  The initial Phase I survey was performed in 1992 by Environmental Hazards Services, Inc., a company I sold in 1996.  In addition, the results concerning the underground tanks in the 1992 report were obtained from information supplied to Environmental Hazards Services, Inc. by Mr. Sunnuti and you, as well as Atlantic Petroleum Technologies, Inc. and ARCO Products Company, Inc.  Conversations between you, Mr. Sunnuti, and myself on Wednesday, October 25, 2000 revealed that you and Mr. Sunnuti were under the impression that the tanks had been removed prior to 1992 by ARCO.  In addition, a 550 gallon capacity underground heating oil storage tank found at the rear of the existing car wash building was reported to me by Mr. Sunnuti to have been removed.  This tank is still present and contains approximately 100 gallons of product.

*EHS Environmental, Inc.*

Based on our sub-surface investigation of October 25, 2000 and subsequent conversations with Mr. Sunnuti, the following changes are made to our Phase I Survey dated September 6, 2000:

1. Three 10,000 gallon capacity underground gasoline storage tanks are located in front of the existing car wash building. These tanks are full of concrete. Visible soil contamination is evident on top of the tank field, on the sides and beneath the tanks.

2. A 550 gallon capacity underground heating oil storage tank is located at the rear of the existing car wash building. This tank has approximately 100 gallons of product remaining. It is believed that soil contamination exists around the tank.

It is the opinion of EHS Environmental, Inc. that the underground heating oil storage tank, remaining product, and contaminated soil be removed from the rear of the existing car wash building. The cost associated with the removal, backfill, and paving is approximately $15,000.00.

Further, it is the opinion of EHS Environmental, Inc. that the contaminated soil found on the top and sides of the tank field found in front of the existing car wash be removed and the remaining contaminated soil undergo a bio-remediation process. In addition, monitoring wells should be placed to document ground water contamination.

It is understood that Mr. Getz, a prospective buyer is demanding more clean-up be performed. EHS Environmental, Inc.'s opinions as to the extent of contamination clean-up is based on what is reasonable to satisfy Pennsylvania Department of Environmental Protection requirements.

On October 27, 2000 I spoke by telephone with Mr. Edens of Bell Environmental, Inc. Mr. Edens is recommending that no soil removal be performed. That soil contamination concentrations be averaged and this, he feels, will satisfy State of Pennsylvania DEP requirements.

At this time EHS Environmental, Inc. feels nothing further can be gained by its involvement in this project. It is obvious to EHS Environmental, Inc. that Mr. Edens and Bell Environmental, Inc. are capable of bringing this project to a conclusion. If you feel Environmental Hazards Services, Inc. is responsible for the removal of the tanks because it did not find them in 1992, then Bell Environmental, Inc. is also responsible for the removal of the tanks because it did not find them in 2000.

*EHS Environmental, Inc.*

EHS Environmental, Inc. is not interested in pursuing a claim against ARCO to reclaim costs associated with the remediation of the site. I feel you as the owner of the site have that responsibility. EHS Environmental, Inc. is not the company who performed the initial survey. That was performed by Environmental Hazards Services, Inc. Based on conversations with you and Mike Sunnuti on October 25, 2000, it appears both of you were lead to believe that the tanks had been removed prior to 1992 when Environmental Hazards Services, Inc. performed the initial Phase I survey. As we performed the sub-surface investigation we found that there is a top layer of asphalt, 3" of stone, another layer of asphalt, 2' of stone and fill, and another layer of asphalt. We know the top layer of asphalt was put in by Mike Sunnuti We also know the bottom layer of asphalt is at the tank fill cover level. It appears that the middle layer of asphalt, which covers completely the tank fill covers, was put in sometime prior to 1992 when Environmental Hazards Services, Inc. did the initial Phase I survey. The tanks sit 5' below grade. That is probably why the magnetic survey performed for Environmental Hazards Services, Inc. did not find the tanks in 1992.

If you have any questions, or require additional information, please do not hesitate to contact me.

Sincerely,

Jack F. Carney
President