IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EXECUTIVE CAR WASH OF MAPLE GLEN | : | NO. 02-CV-3747 |
| v. | : | |
| ENVIRONMENTAL INC. | : | |
| and | : | |
| ENVIRONMENTAL HAZARD SERVICES, INC. | : | |
| v. | : | |
| ATLANTIC PETROLEUM TECHNOLOGIES, INC. | : | |

**ORDER**

AND NOW, this _____ day of _____, 2004, upon consideration of Defendants' Motion and Plaintiff's Response thereto, Defendants' Motion for Summary Judgment is hereby DENIED.

_____
J.