EXHIBIT C

Sandy —
Leinow Higgins
Arco —
213-486-3511

Larry McGlocer

Steve Clifford
Atlantic
497-6729

Plot Plan

Larry Mass —

① Rick — Tank Ferro Magnetic finder $295 for

Detects Iron by measuring the thickness of the iron

② 6 weeks – 2 months
results can be inculsive

$650

# Dec Thomas Travel
Glen non Travel

Arco Products Co.
1055 W. 7th St.
P.O. Box 2570
L.A. CA 9005
Fax — 213-486-1282

Bruce Thomas

@ 9/29/03
DC

12/4/92

0840  ON SITE. AWAITING APT TECH INC
0930  STARTED TEST. PER P. CAEFREY (APT TECH, INC)
AREA LOOKS AS IF REMOVAL HAS BEEN DONE
CONCRETE PADS HAVE BEEN TAKEN OUT AND HAVE
BEEN RECOVERED. THERE SEEM TO HAVE BEEN A
TRENCH DUG OUT BETWEEN AREA WHERE
PUMPS ONCE WERE TO CORNER OF PROPERTY.
THIS WOULD INDICATE VENT LINES FROM TANK AREA
FERRO MAGNETIC DETECTOR
HAND HELD WAND

PROCEDURES SWEEPING MOTION WITH
DETECTOR OVER LOT AREA. IF ANY THING FOUND
TONE FROM DETECTOR WOULD RING ALERT.

FOUND OIL TANK REAR OF BLDG. — 4" DIAMETER
                                └ FUEL OIL FOR
    APPROXIMATELY 500 GAL.        HEAT OF CAR WASH
2 DRUMS ARE LOCATED SAME AREA.
4 CONCRETE HATCHES REAR OF BLDG. · FILTERCATION T
THEY ARE THE OIL WATER SEPARATION. REW WATER TO
                                    WASH CARS
1 CONCRETE HATCH NEAR OIL TANK + VENT ⌐ SEPTIC
THERE IS A VENT (SAME AREA OF TANK)  ┘ SYSTEM
~~APPROX~~ APPROXIMATELY 8' FROM HATCH. THE REMOVED
AND _____ WATER LEVEL INDICATOR WITH COLOR PASTE INTO
                                              CHANGED
                                              COL
PROBABLY CLEAN OUT VENT ___ 4 HATCHES
                                              TO SHOW
                                              ONLY WATER
NOTE * A GREEN PASTE THAT TURNS BLUE
WHEN IN CONTACT WITH WATER.