IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EXECUTIVE CAR WASH OF MAPLE GLEN | : | NO. 02-CV-3747 |
| | : | |
| v. | : | |
| | : | |
| ENVIRONMENTAL INC. | : | |
| | : | |
| and | : | |
| | : | |
| ENVIRONMENTAL HAZARD SERVICES, INC. | : | |
| | : | |
| v. | : | |
| | : | |
| ATLANTIC PETROLEUM TECHNOLOGIES, INC. | : | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of June, 2004, that a true and correct copy of Plaintiff Executive Car Wash of Maple Glen's Reply to Defendants Environmental, Inc. and Environmental Hazard Services, Inc.'s Motion for Summary Judgment, was served electronically on all parties of record.

Respectfully submitted,

**KAPLIN STEWART MELOFF REITER & STEIN PC**

By: _____
Steven Kapustin, Esquire
350 Sentry Parkway, Building 640
Blue Bell, PA 19422
(610) 941-2662
Attorney for Plaintiff