IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EXECUTIVE CAR WASH OF MAPLE GLEN : | : | CIVIL ACTION |
| v. : | : | NO. 02-3747 |
| ENVIRONMENTAL, INC., ET AL. : | | |

### ORDER

**AND NOW,** this ____ day of June, 2004, counsel having notified the Court that the above captioned action has been settled, pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure, it is **ORDERED** that this case is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

BY THE COURT:

_____
R. Barclay Surrick, Judge